UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERMEKA PERTRICE JOHNSON-LEE, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION: 2:23-cv-229 |
| | § | |
| TEXAS A&M UNIVERSITY-CORPUS CHRISTI | § | |
| | § | |
| | § | |
| Defendants. | § | JURY TRIAL REQUESTED |

# EXHIBIT A

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

June 22, 2023

Ms. Jermeka Morrison
c/o Gay E. Gilson, Esquire
Gilson Law
5525 S. Staples, Suite B3
Corpus Christi, TX  78411

Re:  EEOC Charge Against Texas A&M University, Corpus Christi, et al.
       No. 451202200670

Dear Ms. Morrison:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC San Antonio District Office, San Antonio, TX.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                       Sincerely,

                                       Kristen Clarke
                                       Assistant Attorney General
                                       Civil Rights Division

                              by     /s/ Karen L. Ferguson
                                       Karen L. Ferguson
                                       Supervisory Civil Rights Analyst
                                       Employment Litigation Section

cc: San Antonio District Office, EEOC
   Texas A&M University, Corpus Christi, et al.

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

June 22, 2023

Ms. Jermeka Morrison
c/o Gay E. Gilson, Esquire
Gilson Law
5525 S. Staples, Suite B3
Corpus Christi, TX  78411

Re:  EEOC Charge Against Texas A&M University, Corpus Christi, et al.
     No. 451202200757

Dear Ms. Morrison:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC San Antonio District Office, San Antonio, TX.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Kristen Clarke
                              Assistant Attorney General
                              Civil Rights Division

                           by    /s/ Karen L. Ferguson
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc: San Antonio District Office, EEOC
   Texas A&M University, Corpus Christi, et al.