# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| JERMEKA P. JOHNSON-LEE, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 2:23-cv-00229 |
| § | |
| TEXAS A&M UNIVERSITY- § | |
| CORPUS CHRISTI. § | |
| *Defendant.* § | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3 the parties give notice that the parties have reached a settlement. The defendant is a state agency, and the settlement process requires an extended period of time. A Stipulation of Dismissal will be presented to the Court as soon as the administrative process to complete this settlement is completed and the settlement funds received.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Roy Adams*
**ROY ADAMS**
Assistant Attorney General
Texas Bar No. 24133175

Office of the Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas 78711-25848
(512) 475-4104
Fax: (512) 320-0667
roy.adams@oag.texas.gov

### CERTIFICATE OF CONFERENCE

I hereby certify to the Court that I have conferred with Ms. Gay E. Gilson, counsel for Jermeka P. Johnson-Lee, by phone and email on December 13, 2024, to resolve the issues contained in this motion without the necessity of Court intervention and opposing counsel has indicated that she is not opposed to this motion.

*/s/ Roy Adams*
**ROY ADAMS**
Assistant Attorney General

### CERTIFICATE OF SERVICE

On December 13, 2024 the undersigned attorney filed the foregoing document with the Clerk of the Court for the Southern District of Texas and served a true and correct copy of the foregoing to all counsel of record in compliance with the Federal Rules of Civil Procedure.

**Gay E. Gilson**
State Bar No. 00784131/Fed I.D. 16385
LAW OFFICES OF GAY E. GILSON
5525 S. Staples, Suite B3
Corpus Christi, Texas 78411
Tel: (361) 887-0552/Fax: (361) 887-0554
Email: gegilson@gilsonlaw.com
Attorney in Charge for Plaintiff

**Margaret K. Schulman**
SBN 17833900
S D of Texas Bar No. 203068
mschulman@schulmanlaw.com
THE SCHULMAN LAW FIRM, P.C.
6440 North Central Expressway, Ste 210
Dallas, Texas 75206
214-361-2580tel/214-361-6580 facsimile
Attorney for Plaintiff

                                                    */s/ Roy Adams*
                                                    **ROY ADAMS**
                                                    Assistant Attorney General