UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERMEKA PERTRICE JOHNSON-LEE, | § § § | |
| Plaintiff | § § | |
| V. | § § | CIVIL ACTION: 2:23-cv-229 |
| TEXAS A&M UNIVERSITY-<br>CORPUS CHRISTI | § § § § | |
| Defendant. | § | JURY TRIAL REQUESTED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jermeka Pertrice Johnson-Lee ("Plaintiff") and Defendant Texas A&M University - Corpus Christi ("Defendant") announce that all matters in controversy between them in this captioned lawsuit have been resolved. Accordingly, Plaintiff and Defendant hereby move to dismiss all claims and causes of action in the captioned lawsuit with prejudice. The parties further request that each party will bear their own costs and attorneys' fees.

Respectfully Submitted,

by:   */s/ Gay E. Gilson*
Gay E. Gilson
State Bar No. 00784131/Fed I.D. 16385
Law Offices of Gay E. Gilson
5525 S. Staples, Suite B3
Corpus Christi, Texas 78411
Tel: (361) 887-0552/Fax: (361) 887-0554
Email: gegilson@gilsonlaw.com
Attorney-in-Charge for Plaintiff

Margaret K. Schulman
SBN 17833900
S D of Texas Bar No. 203068
mschulman@schulmanlaw.com
THE SCHULMAN LAW FIRM, P.C.
6440 North Central Expressway, Ste 210
Dallas, Texas 75206
214-361-2580tel/214-361-6580 facsimile
Attorney for Plaintiff


 /s/ Roy Adams
Roy Adams
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Roy.adams@oag.texas.gov
737-239-2099


## CERTIFICATE OF SERVICE

The undersigned certified on this, the **31th** day of **January 2025**, a true and correct copy of the Joint Stipulation of Dismissal with Prejudice was served upon all counsel of record via Notice of Electronic Court Filing.

/s/ *Gay E. Gilson*
Gay E. Gilson