UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERMEKA PERTRICE JOHNSON-LEE, | § § | |
| Plaintiff | § § | |
| V. | § § | CIVIL ACTION: 2:23-cv-229 |
| TEXAS A&M UNIVERSITY-CORPUS CHRISTI | § § § | |
| Defendant. | § | JURY TRIAL REQUESTED |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 31), the Court enters final judgment dismissing this action with prejudice.

ORDERED on January 31, 2025.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE