United States District Court
Southern District of Texas
**ENTERED**
January 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JERMEKA PERTRICE JOHNSON-LEE, § § Plaintiff, § § VS. § TEXAS A&M UNIVERSITY - CORPUS § CHRISTI, § § Defendant. § | CIVIL ACTION NO. 2:23-CV-00229 |

## FINAL JUDGMENT

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 31), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on January 31, 2025.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1